# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Application Under the Equal Access to Justice Act of -- ) ) ) | |
| Hallmark-Phoenix 3, LLC ) ) | ASBCA No. 61049 |
| Under Contract No. W9124J-08-C-0026 ) | |

APPEARANCES FOR THE APPELLANT:  Bryant S. Banes, Esq.
Sean D. Forbes, Esq.
  Neel, Hooper & Banes, P.C.
  Houston, TX

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
ChristinaLynn E. McCoy, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The application is dismissed with prejudice.

Dated:  24 July 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 61049, Appeal of Hallmark-Phoenix 3, LLC, rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals